IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Parazaider, Michael E

Printed: 02/17/09

Case Number: 08 B 01391
Judge: Squires, John H
Filed: 1/22/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 7, 2009
Confirmed: March 19, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,410.77 |  |
| Secured: |  | 2,123.43 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 287.34 |
| Other Funds: |  | 0.00 |
| Totals: | 4,410.77 | 4,410.77 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chad M Hayward | Administrative | 2,000.00 | 2,000.00 |
| 2. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 3. | Ford Motor Credit Corporation | Secured | 0.00 | 0.00 |
| 4. | Wilshire Credit Corp | Secured | 21,659.43 | 2,123.43 |
| 5. | Illinois Dept of Revenue | Priority | 2,455.37 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 746.68 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 2,958.87 | 0.00 |
| 8. | Illinois Dept of Revenue | Unsecured | 302.75 | 0.00 |
| 9. | Toyota Financial/Lexus Fin Sers | Secured |  | No Claim Filed |
| 10. | HSBC | Unsecured |  | No Claim Filed |
| 11. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 12. | Sears / Citibank SD | Unsecured |  | No Claim Filed |
|  |  |  | $ 30,123.10 | $ 4,123.43 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 245.75 |
| 6.6% | 41.59 |
|  | $ 287.34 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Parazaider, Michael E | Case Number: 08 B 01391 |
| | Judge: Squires, John H |
| Printed: 02/17/09 | Filed: 1/22/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

*/s/ Mach*